1  PHILLIP A. TALBERT
   United States Attorney
2  GRANT B. RABENN
   ROSS PEARSON
3  Assistant United States Attorneys
   2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
   Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6  Attorneys for Plaintiff
   United States of America

7

**FILED**

**AUG 17 2017**

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
            DEPUTY CLERK

8              IN THE UNITED STATES DISTRICT COURT

9              EASTERN DISTRICT OF CALIFORNIA

10

11  UNITED STATES OF AMERICA,                CASE NO. 1: 1 7 CR · 0 0 1 8 8 LJO SKO

12                          Plaintiff,        VIOLATIONS:
                                              21 U.S.C. §§ 846 and 841(a)(1), 841(b)(1)(B) -
13                  v.                        Conspiracy to Manufacture, Distribute, and Possess
                                              with the Intent to Distribute a Controlled Substance;
14  WILLIAM JAMES FARBER                      21 U.S.C. § 841(a)(1), 841(b)(1)(D) and 18 U.S.C.
    aka "Bill Danzerian,"                     § 2 – Distribution of a Controlled Substance, and
15  BRYAN ANTHONY LEMONS,                     Aiding and Abetting; 18 U.S.C. § 1956(h) –
    RYAN THOMAS MARTINSEN,                    Conspiracy to Launder Money; 21 U.S.C. § 853 and
16  MICHAEL ANGELO PALMA,                     18 U.S.C. § 982(a)(1) – Criminal Forfeiture
    MICHELE PICKERELL, and
17  FAYSAL MUSTAFA ALKHAYAT,

18                          Defendants.

19

20                          I N D I C T M E N T

21  I.      GENERAL ALLEGATIONS

22          At all relevant times herein:

23          1.      The Silk Road, Pandora, and AlphaBay were dark web marketplaces facilitating the sale

24  of illegal goods, including controlled substances. On these sites, thousands of vendors sold controlled

25  substances throughout the world, including in the Eastern District of California. The Silk Road,

26  Pandora, and AlphaBay existed on the dark web, meaning they were accessible only through The Onion

27  Router ("Tor") network, which anonymized the Internet Protocol ("IP") addresses of their underlying

28  servers. The use of Tor also made it difficult to identify the true physical locations of the websites's

INDICTMENT                                    1

1   administrators, moderators, and users.

2       2.    "PureFireMeds" was a vendor of narcotics on The Silk Road and Pandora. The narcotics

3   sold by PureFireMeds included marijuana, cocaine, oxycodone, hydrocodone, psilocybin, MDMA,

4   lysergic acid diethylamide (LSD), Xanax, and Ketamine.

5       3.    "HumboldtFarms" was a vendor of marijuana on AlphaBay. HumboldtFarms was one of

6   the largest vendors on AlphaBay, completing more than 78,000 orders on the site.

7       4.    Defendants WILLIAM JAMES FARBER, aka "Bill Danzerian," BRYAN ANTHONY

8   LEMONS, RYAN THOMAS MARTINSEN, MICHAEL ANGELO PALMA, MICHELE PICKERELL,

9   and FAYSAL MUSTAFA ALKHAYAT were responsible for the operations of PureFireMeds and

10  HumboldtFarms on the dark web marketplaces The Silk Road, Pandora, and AlphaBay.

11

12  COUNT ONE:   [21 U.S.C. §§ 846 and 841(a)(1), 841(b)(1)(B) - Conspiracy to Manufacture,
                      Distribute, and Possess with Intent to Distribute a Controlled Substance]

13

14  The Grand Jury charges:

15                        WILLIAM JAMES FARBER
                      aka "Bill Danzerian,"

16                        BRYAN ANTHONY LEMONS,
                      RYAN THOMAS MARTINSEN,

17                        MICHAEL ANGELO PALMA,
                      MICHELE PICKERELL, and

18                        FAYSAL MUSTAFA ALKHAYAT,

19

20  defendants herein, as follows:

21      5.    Paragraphs 1 through 4 are incorporated by reference as fully set forth herein.

22      6.    Beginning on a date no later than in or around August 2013, and continuing to in or

23  around May 2017, in the Counties of Fresno and Kern, within the State and Eastern District of

24  California, and elsewhere, defendants WILLIAM JAMES FARBER, aka "Bill Danzerian," BRYAN

25  ANTHONY LEMONS, RYAN THOMAS MARTINSEN, MICHAEL ANGELO PALMA, MICHELE

26  PICKERELL, and FAYSAL MUSTAFA ALKHAYAT, through the dark web marketplaces The Silk

27  Road, Pandora, and AlphaBay under the monikers PureFireMeds and HumboldtFarms, did knowingly

28

INDICTMENT

2

1  and intentionally conspire among themselves and with other persons, known and unknown to the Grand

2  Jury, to manufacture, distribute, and possess with intent to distribute a controlled substance, to wit:

3  marijuana, lysergic acid diethylamide (LSD), MDMA, and psilocybin, all Schedule I controlled

4  substances; cocaine, oxycodone, hydrocodone, all Schedule II controlled substances; and Ketamine, a

5  Schedule III controlled substance, all in violation of Title 21, United States Code, Sections 846 and

6  841(a)(1), 841(b)(1)(B).

7

8      7.    It is further alleged that the above offense involved one hundred or more kilograms of a

9  mixture of substances containing a detectable amount of marijuana or one hundred or more marijuana

10  plants and that these quantities were known to and reasonably foreseeable by all of the charged

11  defendants.

12

13  COUNT TWO:   [21 U.S.C. §§ 841(a)(1), 841(b)(1)(D), and 18 U.S.C. § 2 – Distribution of a
                      Controlled Substance, and Aiding and Abetting]

14      The Grand Jury further charges:

15
16                WILLIAM JAMES FARBER
                aka "Bill Danzerian,"
17               BRYAN ANTHONY LEMONS,
            RYAN THOMAS MARTINSEN,
18              MICHAEL ANGELO PALMA,
             MICHELE PICKERELL, and
19             FAYSAL MUSTAFA ALKHAYAT,

  defendants herein, as follows:
20
    8.    Paragraphs 1 through 4 are incorporated by reference as fully set forth herein.
21
    9.    From on or about February 23, 2017 through on or about March 3, 2017, in the County of
22
23  Fresno, within the State and Eastern District of California, and elsewhere, defendants WILLIAM

24  JAMES FARBER, aka "Bill Danzerian," BRYAN ANTHONY LEMONS, RYAN THOMAS

25  MARTINSEN, MICHAEL ANGELO PALMA, MICHELE PICKERELL, and FAYSAL MUSTAFA

26  ALKHAYAT, through the dark web marketplace AlphaBay under the moniker HumboldtFarms, did

27  knowingly and intentionally distribute, and aid and abet the distribution of, a controlled substance, to

28

INDICTMENT               3

1  wit: marijuana, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections

2  841(a)(1), 841(b)(1)(D), and Title 18, United States Code, Section 2.

3

4  COUNT THREE:   [18 U.S.C. § 1956(h) – Conspiracy to Launder Money]

5       The Grand Jury further charges:

6                      WILLIAM JAMES FARBER
                        aka "Bill Danzerian," and
7                      BRYAN ANTHONY LEMONS,

8  defendants herein, as follows:

9       10.    Paragraphs 1 through 4 are incorporated by reference as fully set forth herein.

10      11.    Beginning on a date no later than in or around August 2013, and continuing through in or

11  around May 2017, in the Counties of Fresno and Kern, within the State and Eastern District of

12  California and elsewhere, defendants WILLIAM JAMES FARBER aka "Bill Danzerian," and BRYAN

13  ANTHONY LEMONS, and others known and unknown to the Grand Jury, knowingly combined,

14  conspired, and agreed with each other and other persons known and unknown to the Grand Jury to

15

16  commit an offense against the United States in violation of Title 18, United States Code, Sections

17  1956(a)(1)(B)(i) and 1957, to wit:

18      (a) to knowingly conduct a financial transaction affecting interstate and foreign commerce,
           which involved the proceeds of a specified unlawful activity, to wit: distribution of a
19         controlled substance, in violation of Title 21, United States Code, Section 841(a)(1), knowing
           that the transaction was designed in whole or in part to conceal and disguise the nature,
20         location, source, ownership, and control of the proceeds of such specified unlawful activity,
           and that while conducting such financial transactions, knew that the property involved in the
21         financial transaction represented the proceeds of some form of unlawful activity; and

22      (b) to knowingly engage in a monetary transaction involving criminally derived property,
23         through a financial institution, affecting interstate or foreign commerce, of a value greater
           than $10,000, such property having been derived from a specified unlawful activity, to wit:
24         the distribution of a controlled substance, in violation of Title 21, United States Code,
           Section 841(a)(1).
25

26

27

28

INDICTMENT                                        4

1    FORFEITURE ALLEGATION:        [21 U.S.C. § 853(a) and 18 U.S.C. § 982(a)(1) -
                                   Criminal Forfeiture]

2        12.    Upon conviction of one or more of the offenses alleged in Counts One and Two,

3    defendants WILLIAM JAMES FARBER aka "Bill Danzerian," BRYAN ANTHONY LEMONS,

4    RYAN THOMAS MARTINSEN, MICHAEL ANGELO PALMA, MICHELE PICKERELL, and

5    FAYSAL MUSTAFA ALKHAYAT shall forfeit to the United States pursuant to Title 21, United States

6    Code, Section 853(a), any property constituting or derived from proceeds obtained, directly or

7    indirectly, as a result of such offenses, and any property used, or intended to be used, in any manner or

8    part, to commit or to facilitate the commission of the offenses, including but not limited to:

9            a.     Real property located at 805 W. Gabrielino Court, Altadena, California, APN:

10                  5863-023-044; and

11           b.     A sum of money equal to the total amount of proceeds obtained as a result of the

12                  offenses, or conspiracy to commit such offenses, for which defendants are

13                  convicted.

14       13.    Upon conviction of one or more of the offenses alleged in Count Three, defendants

15   WILLIAM JAMES FARBER aka "Bill Danzerian," and BRYAN ANTHONY LEMONS shall forfeit to

16   the United States pursuant to Title 18, United States Code, Section 982(a)(1), all property, real or

17   personal, involved in the offenses, and any property traceable thereto, or the criminal conduct or

18   criminal scheme or conspiracy alleged in this Indictment.

19       14.    If any property subject to forfeiture, as a result of the offenses alleged in Counts One

20   through Three of this Indictment, for which defendants are convicted:

21           a.     cannot be located upon the exercise of due diligence;

22           b.     has been transferred or sold to, or deposited with, a third party;

23           c.     has been placed beyond the jurisdiction of the Court;

24           d.     has been substantially diminished in value; or

25           e.     has been commingled with other property which cannot be divided without

26                  difficulty;

27   it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), and

28

INDICTMENT                                    5

1 | Title 18, United States Code, Section 982(b)(1), to seek forfeiture of any other property of defendant, up

2 | to the value of the property subject to forfeiture.

3

4 |           A TRUE BILL.

5 |               **/s/ Signature on file w/AUSA**

          FOREPERSON

6

7 | PHILLIP A. TALBERT
United States Attorney

8

9 | **KIRK E. SHERRIFF**
By:

10 | KIRK E. SHERRIFF
Assistant United States Attorney

11 | Chief, Fresno Division

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

INDICTMENT

6