*No.* 1:17-MJ-000124 EPG



# UNITED STATES DISTRICT COURT

AUG 17 2017

*Eastern District of California*

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

*Criminal Division*

## THE UNITED STATES OF AMERICA

*vs.*

WILLIAM JAMES FARBER,   1:17 CR 00188 LJO SKO
aka, "Bill Danzerian,"
BRYAN ANTHONY LEMONS,
RYAN THOMAS MARTINSEN,
MICHAEL ANGELO PALMA
MICHELE PICKERELL, and
FAYSAL MUSTAFA ALKHAYAT

## I N D I C T M E N T

**VIOLATION(S):**  21 U.S.C. § § 846 and 841(a)(1); 841 (b)(1)(A) – Conspiracy to Manufacture
Distribute and Possess with the Intent to Distribute a Controlled Substance;
21 U.S.C. § 841(a)(1), 841(b)(1)(C), and 18 U.S.C. § 2 – Distribution of a Controlled Substance,
and Aiding and Abetting; 18 U.S.C. § 1956(h) – Conspiracy to Launder Money, and
U.S.C. § - Criminal Forfeiture

*A true bill,*

_____ /s/ _____
*Foreman.*

*Filed in open court this* _ _ _ _ _ _ _ _ _ _ _ *day*

*of* _ _ _ _ _ _ _ _ _ _ _ *, A.D. 20* _ _ _ _ _

_____
*Clerk.*

*Bail, $* _ _ _ _ _   NO BAIL WARRANT *as to Faysal Mustafa Alkhayat*
AS PREVIOUSLY SET *as to all others*

GPO 863 525

___ **YES: SAB conflict in USAO (Before 01/01/13)**  ___ **Yes: SKO conflict in USAO (Before 4/12/10**    PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – – IN U.S. DISTRICT COURT

BY ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
☐ SUPERSEDING: Case No.

| **OFFENSE CHARGED** | |
|---|---|

☐ Petty

☐ Minor

☐ Misdemeanor

☒ Felony

Place of offense
Fresno, Kern, Los Angeles County

U.S.C. Citation
See Indictment

Name of District Court, and/or Judge/Magistrate Judge Location (City)
Fresno, California

**DEFENDANT** – – U.S. vs.
WILLIAM JAMES FARBER, aka "Bill Danzerian"

Address ⎰ T: 1 7 CR ' 0 0 1 8 8 LJO SKO

Birth Date

☐ Male    ☐ Alien

☐ Female    (if applicable)

(Optional unless a juvenile)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

HIS – Matt Larsen

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

➤ MAGISTRATE JUDGE CASE NO.
1:17-mj-00124 EPG

Name and Office of Person Furnishing Information on
THIS FORM

Donna McCloskey

☒ U.S. Att'y    ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)

GRANT B. RABENN

### DEFENDANT

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome of this proceeding
If not detained, give date any prior summons was served on above charges

2) ☐ Is a Fugitive
3) ☒ Is on Bail or Release from (show District)
EDCA

**IS IN CUSTODY**

4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges    } ☐ Fed'l ☐ State
If answer to (6) is "Yes," show name of institution

Has detainer been filed?   ☐ Yes    If "Yes," give date filed
☐ No

Mo.    Day    Year

**DATE OF ARREST** ➤

Or . . . if Arresting Agency & Warrant were not Federal

Mo.    Day    Year

**DATE TRANSFERRED TO U.S. CUSTODY** ⇨

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

| X | **ADD FORFEITURE UNIT** (Check if Forfeiture Allegation) |
|---|---|

Penalties – see penalty slip.  Next court appearance on 8/17/17 at 2:00 p.m..

/s/ GBR
**AUSA INITIALS**

## PENALTY SLIP

**DEFENDANT:**   **William James Farber**

**T: 1 7 CR · 0 0 1 8 8 LJO SKO**

**COUNT ONE:**

VIOLATION:        21 U.S.C. §§ 846 and 841(a)(1), 841(b)(1)(B)
                  – Conspiracy to Manufacture, Distribute, and
                  Possess with Intent to Distribute a
                  Controlled Substance

PENALTY:          5 year mandatory minimum
                  Up to 40 years imprisonment
                  Up to $5,000,000 fine
                  At least 4 years and up to 5 years
                  supervised release
                  Forfeiture

**COUNT TWO:**

VIOLATION:        21 U.S.C. § 841(a)(1) & (b)(1)(D) and 18
                  U.S.C. § 2 – Distribution of a Controlled
                  Substance and Aiding and Abetting

PENALTY:          Up to 5 years imprisonment
                  Up to $250,000 fine
                  At least 2 years and up to 3 years
                  supervised release
                  Forfeiture

1

**COUNT THREE:**

VIOLATION:        1: 1 7 CR · 0 0 1 8 8 **LJO SKO**
18 U.S.C. § 1956(h) --Money Laundering-.
Conspiracy

PENALTY:         20 years imprisonment
Criminal fine of up to $500,000 or up to
twice the value of the property involved in
the transactions, whichever is greater
Up to 3 years supervised release
Forfeiture

**FORFEITURE ALLEGATIONS:**

21 U.S.C. § 853
18 U.S.C. § 982(a)(1).

2

AO 257 (Rev. 9/92)

_____ YES: SAB conflict in USAO (Before 01/01/13)  _____ Yes: SKO conflict in USAO (Before 4/12/10)  PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – – IN U.S. DISTRICT COURT

BY  ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING: Case No.

**OFFENSE CHARGED**

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

Place of offense
Fresno, Kern, Los
AngelesCounty

U.S.C. Citation
See Indictment

Name of District Court, and/or Judge/Magistrate Judge Location (City)
Fresno, California

**DEFENDANT** – – U.S. vs.
BRYAN ANTHONY LEMONS

Address  1:17 CR 00188 LJO SKO

Birth Date

☐ Male  ☐ Alien
☐ Female  (if applicable)

(Optional unless a juvenile)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

HIS – Matt Larsen

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20  ☐ 21  ☐ 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE JUDGE CASE NO.
1:17-mj-00124 EPG

Name and Office of Person
Furnishing Information on
THIS FORM     Donna McCloskey

☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S.
Att'y (if assigned)     GRANT B. RABENN

### DEFENDANT

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome of this proceeding
If not detained, give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)
EDCA

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges  } ☐ Fed'l ☐ State
If answer to (6) is "Yes," show name of institution

Has detainer been filed?  ☐ Yes  If "Yes," give date filed
☐ No

Mo.  Day  Year

**DATE OF ARREST**

Or . . . if Arresting Agency & Warrant were not Federal

Mo.  Day  Year

**DATE TRANSFERRED TO U.S. CUSTODY**

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

[X]  **ADD FORFEITURE UNIT** (Check if Forfeiture Allegation)

Penalties – see penalty slip.  Next court appearance 8/17/17 at 2:00 p.m..

/s/ GBR
**AUSA INITIALS**

**PENALTY SLIP**

**DEFENDANT:** **Bryan Anthony Lemons** 1: 1 7 CR · 0 0 1 8 8 LJO SKO

**COUNT ONE:**

VIOLATION: 21 U.S.C. §§ 846 and 841(a)(1), 841(b)(1)(B) – Conspiracy to Manufacture, Distribute, and Possess with Intent to Distribute a Controlled Substance

PENALTY: 5 year mandatory minimum
Up to 40 years imprisonment
Up to $5,000,000 fine
At least 4 years and up to 5 years supervised release
Forfeiture

**COUNT TWO:**

VIOLATION: 21 U.S.C. § 841(a)(1) & (b)(1)(D) and 18 U.S.C. § 2 – Distribution of a Controlled Substance and Aiding and Abetting

PENALTY: Up to 5 years imprisonment
Up to $250,000 fine
At least 2 years and up to 3 years supervised release
Forfeiture

1

**COUNT THREE:**                        1: 1 7 CR · 0 0 1 8 8 **LJO SKO**

    VIOLATION:       18 U.S.C. § 1956(h) – Money Laundering
                           Conspiracy

    PENALTY:        20 years imprisonment
                           Criminal fine of up to $500,000 or up to
                           twice the value of the property involved in
                           the transactions, whichever is greater
                           Up to 3 years supervised release
                           Forfeiture

**FORFEITURE ALLEGATIONS:**

    21 U.S.C. § 853
    18 U.S.C. § 982(a)(1)

2

AO 257 (Rev. 9/92)

YES: SAB conflict in USAO (Before 01/01/13) ___ Yes: SKO conflict in USAO (Before 4/12/10) PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – – IN U.S. DISTRICT COURT

BY ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
    ☐ SUPERSEDING: Case No.

**OFFENSE CHARGED**

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

Place of offense
Fresno, Kern, Los AngelesCounty

U.S.C. Citation
See Indictment

Name of District Court, and/or Judge/Magistrate Judge Location (City)
Fresno, California

**DEFENDANT – – U.S. vs.**
**RYAN THOMAS MARTINSEN**

Address

1:17 CR 00188 LJO SKO

Birth Date

☐ Male    ☐ Alien
☐ Female    (if applicable)

(Optional unless a juvenile)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

HIS-Matt Larsen

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
    ☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE JUDGE CASE NO.
1:17-mj-00124 EPG

Name and Office of Person Furnishing Information on THIS FORM

Donna McCloskey

☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)

GRANT B. RABENN

### DEFENDANT

**IS *NOT* IN CUSTODY**

1) ☐ Has not been arrested, pending outcome of this proceeding
    If not detained, give date any prior summons was served on above charges

2) ☐ Is a Fugitive

3) ☒ Is on Bail or Release from (show District)
    EDCA

**IS IN CUSTODY**

4) ☐ On this charge

5) ☐ On another conviction

6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State
    If answer to (6) is "Yes," show name of institution

Has detainer been filed?
☐ Yes ☐ No
If "Yes," give date filed

Mo. Day Year

**DATE OF ARREST**

Or . . . if Arresting Agency & Warrant were not Federal

Mo. Day Year

**DATE TRANSFERRED TO U.S. CUSTODY**

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

☒ **ADD FORFEITURE UNIT** (Check if Forfeiture Allegation)

Penalties – see penalty slip. Next court appearance 8/17/17 at 2:00 p.m..

/s/ GBR
**AUSA INITIALS**

## PENALTY SLIP

T: 1 7 CR 0 0 1 8 8 LJO SKO

**DEFENDANT: Ryan Thomas Martinsen**

**COUNT ONE:**

VIOLATION:    21 U.S.C. §§ 846 and 841(a)(1), 841(b)(1)(B) – Conspiracy to Manufacture, Distribute, and Possess with Intent to Distribute a Controlled Substance.

PENALTY:    5 year mandatory minimum
Up to 40 years imprisonment
Up to $5,000,000 fine
At least 4 years and up to 5 years supervised release
Forfeiture

**COUNT TWO:**

VIOLATION:    21 U.S.C. § 841(a)(1) & (b)(1)(D) and 18 U.S.C. § 2 – Distribution of a Controlled Substance and Aiding and Abetting

PENALTY:    Up to 5 years imprisonment
Up to $250,000 fine
At least 2 years and up to 3 years supervised release
Forfeiture

**FORFEITURE ALLEGATIONS:**

21 U.S.C. § 853
18 U.S.C. § 982(a)(1)

1

AO 257
(Rev. 9/92)

___ YES: SAB conflict in USAO (Before 01/01/13)   ___ Yes: SKO conflict in USAO (Before 4/12/10)   ___ Per 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – – IN U.S. DISTRICT COURT

BY  ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING: Case No.

Name of District Court, and/or Judge/Magistrate Judge Location (City)
Fresno, California

**OFFENSE CHARGED**

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

**DEFENDANT** – – U.S. vs.
MICHAEL ANGELO PALMA

Address   1:17 CR 00188 LJO SKO

Place of offense
Fresno, Kern, Los
AngelesCounty

U.S.C. Citation
See Indictment

Birth Date

☐ Male   ☐ Alien
☐ Female   (if applicable)

(Optional unless a juvenile)

### PROCEEDING
Name of Complainant Agency, or Person (& Title, if any)

HIS-Matt Larsen

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 ☐ 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE JUDGE CASE NO.
1:17-mj-00124 EPG

**DEFENDANT**

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding
If not detained, give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☒ Is on Bail or Release from (show District)
EDCA

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l ☐ State
If answer to (6) is "Yes," show name of institution

Has detainer been filed?  ☐ Yes  ☐ No
If "Yes," give date filed
Mo.  Day  Year

**DATE OF ARREST**

Or . . . if Arresting Agency & Warrant were not Federal
Mo.  Day  Year

**DATE TRANSFERRED TO U.S. CUSTODY**

Name and Office of Person Furnishing Information on
THIS FORM

Donna McCloskey
☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)
GRANT B. RABENN

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS
☒ **ADD FORFEITURE UNIT** (Check if Forfeiture Allegation)

Penalties – see penalty slip. Next court appearance 8/17/17, 2:00 p.m.

/s/ GBR
**AUSA INITIALS**

**PENALTY SLIP**

7: 1 7 CR 0 0 1 8 8 LJO SKO

## DEFENDANT:   Michael Angelo Palma

**COUNT ONE:**

VIOLATION:      21 U.S.C. §§ 846 and 841(a)(1), 841(b)(1)(B)
                – Conspiracy to Manufacture, Distribute, and
                Possess with Intent to Distribute a
                Controlled Substance

PENALTY:        5 year mandatory minimum
                Up to 40 years imprisonment
                Up to $5,000,000 fine
                At least 4 years and up to 5 years
                supervised release
                Forfeiture

**COUNT TWO:**

VIOLATION:      21 U.S.C. § 841(a)(1) & (b)(1)(D) and 18
                U.S.C. § 2 – Distribution of a Controlled
                Substance and Aiding and Abetting

PENALTY:        Up to 5 years imprisonment
                Up to $250,000 fine
                At least 2 years and up to 3 years
                supervised release
                Forfeiture

**FORFEITURE ALLEGATIONS:**

21 U.S.C. § 853
18 U.S.C. § 982(a)(1)

1

AO 257
(Rev. 9/92)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – – IN U.S. DISTRICT COURT

BY  ☐ COMPLAINT  ☐ INFORMATION  ☒ INDICTMENT
☐ SUPERSEDING: Case No.

**OFFENSE CHARGED**

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

Place of offense: Fresno, Kern, Los Angeles County

U.S.C. Citation: See Indictment

| Name of District Court, and/or Judge/Magistrate Judge Location (City) |
| Fresno, California |

**DEFENDANT – – U.S. vs.**
MICHELLE PICKERELL

Address

T: 17 CR 00 188 LJO SKO

☐ Male   ☐ Alien
Birth Date
☐ Female   (if applicable)

(Optional unless a juvenile)

### PROCEEDING

Name of Complaint Agency, or Person (& Title, if any)

HSI – Matt Larsen

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP  ☐ 20  ☐ 21  ☐ 40.  Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:  ☐ U.S. Att'y  ☐ Defense   SHOW DOCKET NO.

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under   MAGISTRATE JUDGE CASE NO. 1:17-mj-00124 EPG

Name and Office of Person Furnishing Information on

THIS FORM   Donna McCloskey

☒ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)   GRANT B. RABENN

**DEFENDANT**

**IS _NOT_ IN CUSTODY**
1) ☐ Has not been arrested, pending outcome of this proceeding. If not detained, give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☒ Is on Bail or Release from (show District)
EDCA

**IS IN CUSTODY**
4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges   ☐ Fed'l  ☐ State
If answer to (6) is "Yes," show name of institution

Has detainer been filed?  ☐ Yes  ☐ No   If "Yes," give date filed
Mo.  Day  Year

DATE OF ARREST

Or . . . if Arresting Agency & Warrant were not Federal
Mo.  Day  Year

DATE TRANSFERRED TO U.S. CUSTODY

☐ This report amends AO 257 previously submitted

ADDITIONAL INFORMATION OR COMMENTS
☒ **ADD FORFEITURE UNIT** (Check if Forfeiture Allegation)

Penalties – see penalty slip. Next court appearance 8/17/17 at 2:00 p.m.

/s/ GBR
**AUSA INITIALS**

### PENALTY SLIP

**DEFENDANT:**   **Michele Pickerell**   7: 1 7 CR · 0 0 1 8 8 LJO SKO

**COUNT ONE:**

> VIOLATION:   21 U.S.C. §§ 846 and 841(a)(1), 841(b)(1)(B) – Conspiracy to Manufacture, Distribute, and Possess with Intent to Distribute a Controlled Substance

> PENALTY:   5 year mandatory minimum
> Up to 40 years imprisonment
> Up to $5,000,000 fine
> At least 4 years and up to 5 years supervised release
> Forfeiture

**COUNT TWO:**

> VIOLATION:   21 U.S.C. § 841(a)(1) & (b)(1)(D) and 18 U.S.C. § 2 – Distribution of a Controlled Substance and Aiding and Abetting

> PENALTY:   Up to 5 years imprisonment
> Up to $250,000 fine
> At least 2 years and up to 3 years supervised release
> Forfeiture

**FORFEITURE ALLEGATIONS:**

> 21 U.S.C. § 853
> 18 U.S.C. § 982(a)(1)

1

_____ **YES: SAB conflict in USAO (Before 01/01/13)** _____ **Yes: SKO conflict in USAO (Before 4/12/10)** PER 18 U.S.C. 3170

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION – – IN U.S. DISTRICT COURT

BY ☐ COMPLAINT ☐ INFORMATION ☒ INDICTMENT
    ☐ SUPERSEDING: Case No.

**OFFENSE CHARGED**

☐ Petty
☐ Minor
☐ Misdemeanor
☒ Felony

Place of offense
Fresno, Kern, Los AngelesCounty

U.S.C. Citation
See Indictment

Name of District Court, and/or Judge/Magistrate Judge Location (City)
Fresno, California

**DEFENDANT – – U.S. vs.**
FAYSAL MUSTAFA ALKHAYAT

Address    1 : 1 7  CR · 0 0 1 8 8  LJO SKO

Birth Date

☐ Male        ☐ Alien
☐ Female        (if applicable)

(Optional unless a juvenile)

### PROCEEDING

Name of Complainant Agency, or Person (& Title, if any)

HSI-Matt Larsen

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per FRCrP ☐ 20 ☐ 21 · ☐ 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☒ prior proceedings or appearance(s) before U.S. Magistrate Judge regarding this defendant were recorded under

SHOW DOCKET NO.

MAGISTRATE JUDGE CASE NO.
1:17-mj-00124 EPG

Name and Office of Person Furnishing Information on THIS FORM

Donna McCloskey

☒ U.S. Att'y ☐ Other U.S. Agency

Name of Asst. U.S. Att'y (if assigned)

GRANT B. RABENN

### DEFENDANT

**IS NOT IN CUSTODY**

1) ☒ Has not been arrested, pending outcome of this proceeding
   If not detained, give date any prior summons was served on above charges
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**

4) ☐ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges } ☐ Fed'l ☐ State
   If answer to (6) is "Yes," show name of institution

Has detainer been filed?
☐ Yes    If "Yes," give date filed
☐ No
   Mo.    Day    Year

**DATE OF ARREST**

Or . . . if Arresting Agency & Warrant were not Federal
   Mo.    Day    Year

**DATE TRANSFERRED TO U.S. CUSTODY**

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

[X] **ADD FORFEITURE UNIT** (Check if Forfeiture Allegation)

Penalties – see penalty slip. Please issue no bail warrant.

<u>/s/ GBR</u>
**AUSA INITIALS**

## PENALTY SLIP

## DEFENDANT:   Faysal Mustafa Alkhayat

### T: 1 7 CR 0 0 1 8 8 LJO SKO

**COUNT ONE:**

      VIOLATION:        21 U.S.C. §§ 846 and 841(a)(1), 841(b)(1)(B)
                              - Conspiracy to Manufacture, Distribute, and
                              Possess with Intent to Distribute a
                              Controlled Substance

      PENALTY:          5 year mandatory minimum
                              Up to 40 years imprisonment
                              Up to $5,000,000 fine
                              At least 4 years and up to 5 years
                              supervised release
                              Forfeiture

**COUNT TWO:**

      VIOLATION:        21 U.S.C. § 841(a)(1) & (b)(1)(D) and 18
                              U.S.C. § 2 - Distribution of a Controlled
                              Substance and Aiding and Abetting

      PENALTY:          Up to 5 years imprisonment
                              Up to $250,000 fine
                              At least 2 years and up to 3 years
                              supervised release
                              Forfeiture

**FORFEITURE ALLEGATIONS:**

      21 U.S.C. § 853
      18 U.S.C. § 982(a)(1)

1