| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, Bar #122664 |
| | Federal Defender |
| 2 | CHARLES J. LEE, CA Bar #221057 |
| | REED B. GRANTHAM, CA Bar #294171 |
| 3 | Assistant Federal Defenders |
| | Designated Counsel for Service |
| 4 | 2300 Tulare Street, Suite 330 |
| | Fresno, California 93721-2226 |
| 5 | Telephone: (559) 487-5561 |
| 6 | Attorneys for Defendant |
| | FAYSAL ALKHAYAT |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. 1:17-cr-00188-LJO-SKO |
|---|---|
| Plaintiff, | ) |
| v. | ) WAIVER OF DEFENDANT'S PERSONAL |
| | ) PRESENCE; ORDER |
| FAYSAL ALKHAYAT, | ) THEREON |
| Defendant. | ) |

Pursuant to Fed. R. Crim. P. 43(b)(3), Defendant, Faysal Alkhayat, having been advised of his right to be present at all stages of the proceedings, hereby requests that this Court proceed in his absence on every occasion that the Court may permit, pursuant to this waiver. Defendant agrees that his interests shall be represented at all times by the presence of his attorney, the Office of the Federal Defender for the Eastern District of California, the same as if Defendant were personally present, and requests that this court allow his attorney-in-fact to represent his interests at all times. Defendant further agrees that notice to Defendant's attorney that Defendant's presence is required will be deemed notice to the Defendant of the requirement of his appearance at said time and place.

///

///

DATED: September 19, 2017

/s/ *Faysal Alkhayat*

FAYSAL ALKHAYAT
Defendant
(Original Signature in File)

DATED: September 22, 2017

/s/ *Charles J. Lee*

CHARLES J. LEE
Assistant Federal Defender
Attorneys for FAYSAL ALKHAYAT

**O R D E R**

GOOD CAUSE APPEARING, **IT IS HEREBY ORDERED** that Defendant's appearance may be waived at any and all non-substantive pretrial proceedings until further order of the Court.

IT IS SO ORDERED.

Dated: __September 26, 2017__          /s/ *Sheila K. Oberto*
                                       UNITED STATES MAGISTRATE JUDGE