# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

United States of America )
vs. ) **Case No.** 1:17-CR-00188-LJO-SKO-6
Faysal Mustafa Alkhayat )
)

## CONSENT TO MODIFY CONDITIONS OF RELEASE

I, ___Faysal Mustafa Alkhayat___ , have discussed with ___Zaren Craddock/Devona Gardner___ , Pretrial Services Officer, modifications of my release conditions as follows:

**You must refrain from any use of alcohol.**

All other conditions not in conflict with this order shall remain in full force and effect.

I consent to this modification of my release conditions and agree to abide by this modification.

_____   2-6-18      _____   2/6/18
Signature of Defendant        Date         Pretrial Services Officer    Date

I have reviewed the conditions and concur that this modification is appropriate.

_____   Jeffrey A. Spivak     2/15/2018
Signature of Assistant United States Attorney          Date

I have reviewed the conditions with my client and concur that this modification is appropriate.

_____                    2/7/18
Signature of Defense Counsel                   Date

### ORDER OF THE COURT

☑ The above modification of conditions of release is ordered, to be effective on    2/15/18 .
☐ The above modification of conditions of release is *not* ordered.

_____                    2/15/18
Signature of Judicial Officer                  Date

cc:    U.S. Attorney's Office, Defense Counsel, Pretrial Services