| | |
|---|---|
| 1 | HEATHER E. WILLIAMS, CA Bar #122664 |
| | Federal Defender |
| 2 | REED GRANTHAM, CA Bar #294171 |
| | Assistant Federal Defender |
| 3 | Office of the Federal Defender |
| | 2300 Tulare Street, Suite 330 |
| 4 | Fresno, CA  93721-2226 |
| | Telephone: (559) 487-5561 |
| 5 | Fax: (559) 487-5950 |
| 6 | Attorneys for Defendant |
| | FAYSAL ALKHAYAT |

HEATHER E. WILLIAMS, CA Bar #122664
Federal Defender
REED GRANTHAM, CA Bar #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
FAYSAL ALKHAYAT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:17-cr-00188-LJO-SKO |
| Plaintiff, | **STIPULATION TO CONTINUE SENTENCING; ORDER** |
| vs. | Date:   January 21, 2020 |
| FAYSAL ALKHAYAT, | Time:   8:30 a.m. |
| Defendant. | Judge: Hon. Lawrence J. O'Neill |

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Grant Rabenn, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Faysal Alkhayat, that the sentencing hearing currently scheduled for January 6, 2020, at 8:30 a.m. may be continued to January 21, 2020, at 8:30 a.m.

On November 25, 2019, Probation filed its initial Presentence Investigation Report ("PSR") pertaining to Mr. Alkhayat. *See* Dkt. #136. Sentencing is currently scheduled for January 6, 2020. Undersigned counsel is in need of additional time in order to compile documents and materials relevant for sentencing purposes. Undersigned counsel has a pre-planned trip scheduled for the two weeks immediately preceding the current January 6, 2020 sentencing hearing. The government does not oppose this request. The January 21, 2020 date is a

mutually agreeable date for both parties. As this is a sentencing hearing, no exclusion of time is necessary.

Respectfully submitted,

McGREGOR W. SCOTT
United States Attorney

Date: December 6, 2019
*/s/ Grant Rabenn*
GRANT RABENN
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: December 6, 2019
*/s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
FAYSAL ALKHAYAT

# **O R D E R**

GOOD CAUSE APPEARING, the sentencing hearing set for Monday, January 6, 2020, at 8:30 a.m. is continued to Tuesday, January 21, 2020, at 8:30 a.m.

IT IS SO ORDERED.

Dated: **December 9, 2019**          /s/ Lawrence J. O'Neill
UNITED STATES CHIEF DISTRICT JUDGE

Alkhayat – Stipulation
and Proposed Order

2