1  HEATHER E. WILLIAMS, CA Bar #122664
   Federal Defender
2  REED GRANTHAM, CA Bar #294171
   Assistant Federal Defender
3  Office of the Federal Defender
   2300 Tulare Street, Suite 330
4  Fresno, CA  93721
   Telephone: (559) 487-5561
5  Fax: (559) 487-5950

6  Attorneys for Defendant
   FAYSAL ALKHAYAT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.  1:17-cr-00188-LJO-SKO |
|---|---|
| Plaintiff, | **MOTION FOR RETURN OF PASSPORT; ORDER** |
| vs. | |
| FAYSAL ALKHAYAT, | |
| Defendant. | |

Defendant Faysal Alkhayat appeared in this Court on August 17, 2017, and was ordered released on conditions. Pursuant to the terms of his release (*see* Dkt. #44 at 2), Mr. Alkhayat surrendered his United States passport on August 31, 2017. See Dkt. #55.

| 08/31/2017 | 50 | COLLATERAL RECEIVED as to Faysal Mustafa Alkhayat: USA Passport #553276731 from Faysal Mustafa Alkhayat. (Sant Agata, S) (Entered: 08/31/2017) |
|---|---|---|

Mr. Alkhayat was sentenced to one year of probation on the underlying case on January 21, 2020. *See* Dkt. #162, 166.

Pursuant to the Clerk's Office, this Court remains in possession of Mr. Alkhayat's passport. As Mr. Alkhayat has been sentenced and is thus no longer on pretrial release, it is requested that Mr. Alkhayat's United States Passport be returned to him. Mr. Alkhayat requests that his United States Passport be released to himself or to his attorney of record, undersigned

Alkhayat - Motion for Return of Passport      -1-

counsel, Assistant Federal Defender Reed Grantham.

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: January 28, 2020                    */s/ Reed Grantham*
                                          REED GRANTHAM
                                          Assistant Federal Defender
                                          Attorney for Defendant
                                          FAYSAL ALKHAYAT

**O R D E R**

IT IS HEREBY ORDERED that the Clerk of the Court return Mr. Alkhayat's United States Passport received on August 31, 2017. Mr. Alkhayat's United States Passport may be picked up from the Clerk's Office by either Mr. Alkhayat or by his attorney of record, Assistant Federal Defender Reed Grantham.

IT IS SO ORDERED.

Dated: **January 29, 2020**              /s/ Lawrence J. O'Neill
                                          UNITED STATES DISTRICT JUDGE