HEATHER E. WILLIAMS, CA BAR #122664
Federal Defender
REED GRANTHAM, CA BAR #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA  93721
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorneys for Defendant
FAYSAL ALKHAYAT

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, Plaintiff, vs. FAYSAL ALKHAYAT, Defendant. | Case No. 1:17-cr-00188-NONE-SKO **STIPULATION TO MODIFY CONDITION OF PROBATION PURSUANT TO 18 U.S.C. § 3563(c); ORDER** |
|---|---|

IT IS HEREBY STIPULATED, by and between the parties, through their respective counsel, Assistant United States Attorney Grant Rabenn, counsel for plaintiff, and Assistant Federal Defender Reed Grantham, counsel for defendant Faysal Alkhayat, that the Court may modify Special Condition 7 of Mr. Alkhayat's probation by striking the condition. Special Condition 7 states: "The defendant shall complete 50 hours of unpaid community service as directed by the probation officer during the first year of probation.  The defendant shall pay fees attendant to participation and placement in this program on a sliding scale as determined by the program."

On October 15, 2019, Mr. Alkhayat pled guilty, pursuant to a plea agreement with the government, to conspiracy to manufacture, distribute, and possess with intent to distribute marijuana in violation of 21 U.S.C. §§ 846, and 841(a)(1), 841(b)(1)(C). *See* Dkt. #166 at 1.  On January 21, 2020, this Court sentenced Mr. Alkhayat to 12 months of probation and ordered him

to pay a fine of $2,000. *See* Dkt. #166 at 2, 5. In addition, although it was not discussed at the time of sentencing, *see* Dkt. #176, the Court imposed Special Condition 7 requiring Mr. Alkhayat to complete 50 hours of community service. *See* Dkt. #166 at 4.

Under 18 U.S.C. § 3583(c), a court "may modify, reduce, or enlarge the conditions of a sentence of probation at any time prior to the expiration or termination of the term of probation, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation and the provisions applicable to the initial setting of the conditions of probation." Federal Rule of Criminal Procedure 32.1(c) further provides that "[b]efore modifying the conditions of probation . . . the court must hold a hearing, at which the person has the right to counsel and an opportunity to make a statement and present any information in mitigation." Fed. R. Crim. P. 32.1(c). However, there are exceptions to the hearing requirement, including if the person waives the hearing or if the relief is favorable to the defendant and the government does not object. *Id.*

In this case, the parties agree that Special Condition 7 should be stricken. Both prior to and at sentencing, the parties agreed that an appropriate sentence, given the unique and specific factors relating to Mr. Alkhayat and his involvement in the offense, was a sentence of 12 months of probation. *See* Dkt. #126 at 5. During sentencing, while the Court specifically noted that it was going to impose a fine of $2,000, it did not specifically indicate that it intended to impose a condition requiring Mr. Alkhayat to complete 50 hours of community service. Notably, Mr. Alkhayat resides in Los Angeles, where he works as a server in the restaurant of the Four Seasons Hotel in Beverly Hills, California. *See* Mr. Alkhayat's Sentencing Memo, filed under seal. In addition, he supplements his income performing stand-up comedy at comedy venues in the Los Angeles area. *See id.* As a result of the public health concerns relating to the rapidly evolving COVID-19 pandemic, and in light of the California Governor's stay at home order issued on March 19, 2020, Mr. Alkhayat is facing severe financial insecurity.

Additionally, as noted above, Mr. Alkhayat was placed on 12 months of probation. Taken together, the California Governor's stay at home order, coupled with Mr. Alkhayat's relatively short term of probation, make it extraordinarily difficult for Mr. Alkhayat to safely

comply with this condition.

Because the relief requested is favorable to Mr. Alkhayat and the government does not oppose the request, a hearing is not required.

WHEREFORE, the parties hereby request that the Court modify Special Condition 7 as set forth above pursuant to 18 U.S.C. § 3563(c) and Federal Rule of Criminal Procedure 32.1(c).

Respectfully submitted,

MCGREGOR W. SCOTT
United States Attorney

Date: March 24, 2020 /s/ Grant Rabenn
GRANT RABENN
Assistant United States Attorney
Attorney for Plaintiff

HEATHER E. WILLIAMS
Federal Defender

Date: March 24, 2020 /s/ Reed Grantham
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
FAYSAL ALKHAYAT

**O R D E R**

Pursuant to 18 U.S.C. § 3563(c), and for the reasons set forth above by the parties, the Court hereby strikes Special Condition 7.

IT IS SO ORDERED.

Dated: **March 24, 2020**

UNITED STATES DISTRICT JUDGE

Alkhayat – Stipulation
and Proposed Order

3